## Casario *v.* Pershing, Appellant.

Argued April 12, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

570

*B. Patrick Costello*, with him *Smith, Best and Horn*, for appellant.

*A. C. Scales*, with him *Scales and Shaw*, for appellee.

OPINION PER CURIAM, April 13, 1961:
The six judges who heard the argument of this appeal being equally divided in opinion, the order of the lower court is affirmed.